UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RONNIE HANKINS., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:13CV1999 HEA |
| | ) |
| TERRY RUSSELL, et al., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on pro se plaintiff's Motion for the Court to Order Subpoenas, Writs of Habeas Corpus and/or subpoena Duces Tecum to Witnesses to give Testimony at Trial, [Doc. No. 147]. The Motion is granted as to witnesses for whom Plaintiff has given addresses.

Courts exercising inherent supervisory power over in forma pauperis subpoenas generally consider factors such as the relevance and materiality of the information requested and the necessity of the particular testimony or documents to proving the indigent's case. See Jackson v. Brinker, 1992 WL 404537, at *6 (S.D. Ind. Dec. 21, 1992).

The Clerk of the Court shall prepare Plaintiff's subpoenas to be served by the United States Marshals Service.

1

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of the Court shall prepare subpoenas for those witnesses for whom Plaintiff has provided an address.

**IT IS FURTHER ORDERED** that the United States Marshals Service shall serve said subpoenas upon said witnesses.

Dated this 1st day of September, 2017

_____
**HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE**